United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLUE F. C. ABREU,

          Plaintiff,

   v.

STEPHANIE A. BRIDGETT,

          Defendant.

Case No. 24-cv-06882-WHO (PR)

**ORDER OF TRANSFER**

The events giving rise to the claims raised in this 42 U.S.C. § 1983 action occurred in Shasta County, which lies in the Eastern District. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendant resides therein. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 15, 2024



WILLIAM H. ORRICK
United States District Judge